**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Mark McFall, plaintiff<br>v.<br>Universal Financial Group, Inc. | FILED : April 1, 2008<br>08CV1877    J. N.<br>JUDGE    GRADY<br>MAG. JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mark McFall

| |
|---|
| NAME (Type or print)<br>Alexander H. Burke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Alexander H. Burke |
| FIRM<br>Law Offices of Keith J. Keogh, Ltd. |
| STREET ADDRESS<br>227 W. Monroe Street, Suite 2000 |
| CITY/STATE/ZIP<br>Chicago, Illinois   60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281095 | TELEPHONE NUMBER<br>312.726.1092 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐