**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Mark McFall, plaintiff<br>v.<br>Universal Financial Group, Inc. | FILED : April 1, 2008<br>08CV1877     J. N.<br>JUDGE     GRADY<br>MAG. JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mark McFall

| | |
|---|---|
| NAME (Type or print)<br>Keith J. Keogh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Keith J. Keogh | |
| FIRM<br>Law Offices of Keith J. Keogh, Ltd. | |
| STREET ADDRESS<br>227 W. Monroe Street, Suite 2000 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6257811 | TELEPHONE NUMBER<br>312.726.1092 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |