## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1877     Assigned/Issued By: j. n.

Judge Name: grady     Designated Magistrate Judge: denlow

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other ____
             [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350     Receipt #: 2660289

Date Payment Rec'd: 4-1-08     Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                               [ ] Alias Summons
[ ] Third Party Summons                   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    
                                          _____
                                          (Victim, Against and $ Amount)
[ ] Citation to Discover Assets           [ ] Other
[ ] Writ _____                     _____
        (Type of Writ)                    (Type of issuance)

1  Original and  0  copies on  4-1-08  as to  defendant
                              (Date)