IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK MCFALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 08 C 1877 |
| ) | |
| ) | Judge Grady |
| ) | presiding |
| UNIVERSAL FINANCIAL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER**

Defendant Universal Financial Group, Inc., by its attorneys, John J. Lydon, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, having conferred with the Plaintiff's attorney who does not oppose this motion, respectfully moves this court to enlarge the time to file its responsive pleading to the plaintiff's Complaint to and until May 13, 2008.

Respectfully submitted,
Universal Financial Group, Inc.,


By:   /s/ John J. Lydon
         One of its attorneys

John J. Lydon, Esq.
Nazia J. Hasan, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on April 22, 2008.

                                          /s/ John J. Lydon