# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1877 | **DATE** | May 27, 2008 |
| **CASE TITLE** | McFall v. Universal Financial Group | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held in chambers.  This is a Fair Credit Reporting case where the plaintiff husband and wife applied for a mortgage with the defendant, were turned down and then, two years later, their credit report was accessed, apparently by someone at the defendant's computer, obtaining information which was thereafter used by someone for purposes of identity theft.  The plaintiffs have experienced a number of false uses of their identities and credit to their great inconvenience and annoyance.  The question of settlement was discussed at today's conference and the parties are sufficiently far apart that the court sees no likelihood of settlement at this time.  The court suggests that the parties engage in discovery, informal to the extent possible, to discover whether there is a basis for a finding of liability on the part of the defendant.  The court believes that the time and resources of the parties should be expended to this end rather than concerning themselves with pleadings at this time, and the parties agree.  Defendant's motion to dismiss Count III is withdrawn and in lieu of that motion the defendant may file an answer to Count III.  (The withdrawal of the motion to dismiss Count III is without prejudice.)

      A further status conference will be held September 3, 2008 at 11:00 a.m.

_____ [ For further details see text below.]      Docketing to mail notices.

:00

**STATEMENT**