**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| MARK MCFALL, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1877 |
| | ) | |
| v. | ) | Judge Grady |
| | ) | |
| UNIVERSAL FINANCIAL GROUP INC. | ) | Jury Demanded |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION**

TO:
    ECF Counsel of Record

    **PLEASE TAKE NOTICE** that on **September 24, 2008, at 10:30 a.m.**, I shall appear before the **Honorable John F. Grady in Room 2201** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **MOTION TO WITHDRAW**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

    Respectfully submitted,

    /s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 27, 2008, I caused a true and correct copy of the foregoing to be served upon all counsel of record via ECF electronic delivery.

    /s/Alexander H. Burke