UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Mark McFall

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01877
　　　　　　　　　　　　　　　　　　　　　　　　Honorable John F. Grady

Universal Financial Group Inc.

                              Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: settlement conference.(jlj, )Mailed notice.


Dated: September 10, 2008

                                                                    /s/ John F. Grady

                                                             United States District Judge